IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00949-PSF-CBS

PAUL J. McCALLISTER

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER
_____

    Upon the stipulation of plaintiff Paul J. McCallister, and defendant United States of America, it is hereby

    ORDERED that this matter is remanded to the Appeals Office of the Internal Revenue Service for a collection due process hearing; the Appeals Office will schedule the hearing by giving written notice to plaintiff. It is

    FURTHER ORDERED that after conducting the collection due process hearing the Appeals Office shall issue a Supplemental Notice of Determination. It is

    FURTHER ORDERED that, if the IRS chooses not to conduct the hearing required by the preceding paragraph, the IRS will immediately withdraw the notice of levy that is the subject of this case. It is

    FURTHER ORDERED that within thirty days after the issuance of a Supplemental Notice Case 1:05-cv-00949-PSF-CBS Document 10-2 Filed 08/15/2005 Page 1 of 2 Determination by the Appeals Office, the plaintiff may, if he desires,

request that the Court conduct a hearing on the Supplemental and/or Original Notice of Determination.  It is

FURTHER ORDERED that each party shall bear its own costs of this litigation, to include attorneys fees.  It is

FURTHER ORDERED that the Scheduling Conference set on August 24, 2005, at 9:30 a.m. is VACATED.  It is

FURTHER ORDERED that the Clerk of the Court is directed to administratively close the case, subject to it possibly being reopened upon motion.

DATED this 16th day of August, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge